IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| KALOA K. YOUNG, ) | |
| ) | |
| Plaintiff, ) | Cause No. CV-08-70-GF-RKS |
| ) | |
| vs. ) | |
| ) | |
| SEARS, ROEBUCK & CO. ) | |
| ) | |
| Defendant. ) | |

---

ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal With Prejudice, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, each party to bear their own costs.

DATED this 9th day of July, 2009.

　　　　　　　　　　　　　　　　　*/s/Keith Strong*
　　　　　　　　　　　　　　　　　Keith Strong
　　　　　　　　　　　　　　　　　United States Magistrate Judge